## KATHLEEN GILLIAM

| | |
|---|---|
| **From:** | KRIS KAOPUIKI |
| **Sent:** | Thursday, December 21, 2023 11:37 AM |
| **To:** | lnichols@rphc.com |
| **Cc:** | astrong@rphc.com |
| **Subject:** | EEOC Charge No. 525-2024-00371 |
| **Attachments:** | Automatic reply: "EXTERNAL"EEOC Inquiry No. 525-2023-00371 |

Good morning Ma'am,

I am preparing an EEOC Charge of Discrimination. I need your assistance in identifying the proper "Respondent Contact" along with his/her email and phone number. When I reviewed our EEOC portal, I located an old case against Tidal Basin which listed Kelly Lasalle as "Respondent's Contact." When I emailed her yesterday, I received the attached automatic reply. Please don't hesitate to contact me with any questions or concerns. Thank you for your time and I look forward to your reply.


Sincerely,

Kris K. Kaopuiki | Investigator
EEOC Honolulu Local Office
Prince Jonah Kuhio Kalanianaole Federal Building
300 Ala Moana Blvd., Rm. 4-257
Honolulu, HI 96850
Tel: (808) 800-2347
Fax: (808) 541-3390
Email: KRIS.KAOPUIKI@EEOC.GOV

**IMPORTANT/CONFIDENTIAL:** This e-mail is from the United States Equal Employment Opportunity Commission and contains information which may be confidential, privileged, and/or exempt from disclosure under applicable law. If you are not the addressee, you are hereby notified that any unauthorized review, use, copying, disclosure or distribution of any information or materials transmitted in or with this message is strictly prohibited. If you are not the intended recipient, please immediately notify me, the sender, by replying to this email, then promptly destroy the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately. Mahalo.

# EXHIBIT B

1

## KATHLEEN GILLIAM

| | |
|---|---|
| **From:** | Lori Nichols <lnichols@rphc.com> |
| **Sent:** | Thursday, December 21, 2023 11:54 AM |
| **To:** | KRIS KAOPUIKI |
| **Cc:** | Melissa Burke |
| **Subject:** | RE: "EXTERNAL"EEOC Charge No. 525-2024-00371 |

You don't often get email from lnichols@rphc.com. Learn why this is important

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hi Kris,

As discussed, your HR point of contact for this will be:
- Melissa Burke, HR Manager
- Email: mburke@rphc.com
- O – 315.272.2124

Thank you,

Lori Nichols

**From:** KRIS KAOPUIKI <KRIS.KAOPUIKI@EEOC.GOV>
**Sent:** Thursday, December 21, 2023 2:37 PM
**To:** Lori Nichols <lnichols@rphc.com>
**Cc:** Aaron Strong <astrong@rphc.com>
**Subject:** "EXTERNAL"EEOC Charge No. 525-2024-00371

You don't often get email from kris.kaopuiki@eeoc.gov. Learn why this is important

Good morning Ma'am,

I am preparing an EEOC Charge of Discrimination. I need your assistance in identifying the proper "Respondent Contact" along with his/her email and phone number. When I reviewed our EEOC portal, I located an old case against Tidal Basin which listed Kelly Lasalle as "Respondent's Contact." When I emailed her yesterday, I received the attached automatic reply. Please don't hesitate to contact me with any questions or concerns. Thank you for your time and I look forward to your reply.

Sincerely,

Kris K. Kaopuiki | Investigator
EEOC Honolulu Local Office
Prince Jonah Kuhio Kalanianaole Federal Building
300 Ala Moana Blvd., Rm. 4-257
Honolulu, HI 96850
Tel: (808) 800-2347
Fax: (808) 541-3390

# EXHIBIT B

## KATHLEEN GILLIAM

| | |
|---|---|
| From: | KRIS KAOPUIKI |
| Sent: | Thursday, December 21, 2023 12:42 PM |
| To: | Lori Nichols |
| Cc: | Melissa Burke |
| Subject: | RE: "EXTERNAL"EEOC Charge No. 525-2024-00371 |

Good morning Lori,

Thank you for the expeditious support below. The charge will list Rising Phoenix Holdings Corporation, DBA TB Customer Relations, LLC. Once Mr. Lee signs the charge, it will be emailed to: mburke@rphc.com for processing. Thank you for your time and have a Merry Christmas.

Sincerely,

Kris K. Kaopuiki | Investigator
EEOC Honolulu Local Office
Prince Jonah Kuhio Kalanianaole Federal Building
300 Ala Moana Blvd., Rm. 4-257
Honolulu, HI 96850
Tel: (808) 800-2347
Fax: (808) 541-3390
Email: KRIS.KAOPUIKI@EEOC.GOV

**IMPORTANT/CONFIDENTIAL:** This e-mail is from the United States Equal Employment Opportunity Commission and contains information which may be confidential, privileged, and/or exempt from disclosure under applicable law. If you are not the addressee, you are hereby notified that any unauthorized review, use, copying, disclosure or distribution of any information or materials transmitted in or with this message is strictly prohibited. If you are not the intended recipient, please immediately notify me, the sender, by replying to this email, then promptly destroy the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately. Mahalo.

**From:** Lori Nichols <lnichols@rphc.com>
**Sent:** Thursday, December 21, 2023 9:54 AM
**To:** KRIS KAOPUIKI <KRIS.KAOPUIKI@EEOC.GOV>
**Cc:** Melissa Burke <mburke@rphc.com>
**Subject:** RE: "EXTERNAL"EEOC Charge No. 525-2024-00371

> You don't often get email from lnichols@rphc.com. Learn why this is important
>
> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hi Kris,

As discussed, your HR point of contact for this will be:
- Melissa Burke, HR Manager
- Email: mburke@rphc.com
- O – 315.272.2124

Exhibit B

## KATHLEEN GILLIAM

**From:**          KRIS KAOPUIKI
**Sent:**          Friday, December 22, 2023 9:02 AM
**To:**            Melissa Burke
**Subject:**       EEOC Charge No. 525-2024-00371
**Attachments:**   525-2024-00371_ChargeOfDiscrimination.pdf

Good morning Ma'am,

Just wanted to ensure you received the attached because in the EEOC Portal, we may have had a different email address. Thank you for your time and have a Merry Christmas.

Sincerely,

Kris K. Kaopuiki | Investigator
EEOC Honolulu Local Office
Prince Jonah Kuhio Kalanianaole Federal Building
300 Ala Moana Blvd., Rm. 4-257
Honolulu, HI 96850
Tel: (808) 800-2347
Fax: (808) 541-3390
Email: KRIS.KAOPUIKI@EEOC.GOV

**IMPORTANT/CONFIDENTIAL:** This e-mail is from the United States Equal Employment Opportunity Commission and contains information which may be confidential, privileged, and/or exempt from disclosure under applicable law. If you are not the addressee, you are hereby notified that any unauthorized review, use, copying, disclosure or distribution of any information or materials transmitted in or with this message is strictly prohibited. If you are not the intended recipient, please immediately notify me, the sender, by replying to this email, then promptly  destroy the original message. If you are  the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately. Mahalo.

# EXHIBIT B

1