Wilfred L. Lee Jr.
Pro Se
General Delivery
Ewa Beach, Hawaii 96706
leewilfred2011@gmail.com

United States District Court

for the

District of Hawaii

| | | |
|---|---|---|
| Wilfred L. Lee Jr. | ) | Case No. CV 25-00084-SASP-WRP |
| | ) | |
| Pro Se Plaintiff | ) | |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v.s | ) | |
| | ) | |
| Rising Phoenix Holdings Corporation, | ) | |
| Tidal Basin Group, TB Customer | ) | |
| Relations, LLC, Joel Reale, Bill Barcelona, | ) | |
| Traci Thompson, Melissa Burke, | ) | |
| Andrew Yonce, Laura DeLoach, | ) | |
| Roxana Tabora, Sandra Mullen, | ) | |
| Erica Thorp, Alexandria Scatko, | ) | |
| Constance Long, Lori Nichols, | ) | |
| Aaron Strong, Tiffany Niles, | ) | |
| Elena Avetsiuk, Jane Does #1-5 | ) | |
| | ) | |
| Alejandro N. Mayorkas, Secretary, | ) | |
| Department of Homeland Security | ) | |
| | ) | |
| Apple One, Inc. | ) | |
| | ) | |
| Defendant (s) | ) | |
| | ) | |

I hereby certify that on **April 17, 2025**, I served a true and correct copy of the **Amended Complaint** filed in the above-captioned matter via electronic mail upon:

**Dana A. Barbata**
Assistant United States Attorney
United States Attorney's Office – District of Hawaii
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Email: Dana.Barbata@usdoj.gov
Phone: (808) 440-9293

Service was made in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, by email with the consent of the recipient.

Dated: Ewa Beach, HI, April 17, 2025
Respectfully submitted,

**Wilfred L. Lee Jr.**
91-1445 Kaikohola St
Ewa Beach, HI 96706
808-888-0349
leewilfred2011@gmail.com
Pro Se Plaintiff

Signature: _/s/ Wilfred L. Lee Jr._